UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Rosario Banuelos, | ) 2:24-CV-07651-WLH-PD |
| | ) |
| Plaintiff, | ) **ORDER AWARDING ATTORNEY** |
| | ) **FEES UNDER THE EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT,** |
| | ) **PURSUANT TO 28 U.S.C. § 2412(d),** |
| Commissioner of Social Security, | ) **AND COSTS, PURSUANT TO 28** |
| | ) **U.S.C. § 1920** |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, the Court **ORDERS** that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SEVEN THOUSAND SEVEN HUNDRED FIFTY SIX DOLLARS AND SIXTY SEVEN CENTS ($7,756.67), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED AND FIVE DOLLARS ($405.00), subject to the terms of the above-referenced Stipulation.

**IT IS SO ORDERED.**

Dated: January 16, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE